UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-4381** |
| **GEOVERA ADVANTAGE INSURANCE SERVICES** | **SECTION: "P" (1)** |

## ORDER AND REASONS

Before the Court is a Motion to Dismiss (R. Doc. 9) filed by Defendant GeoVera Advantage Insurance Services. Plaintiff brings claims against Defendant for breach of an insurance policy and violation of La. R.S. § 22:1892 and La. R.S. § 22:1973 for failure to timely pay proceeds due under the policy.[1] Pursuant to Federal Rule of 12(b)(6), Defendant asks this Court to dismiss Plaintiff's claims against it because Defendant did not issue an insurance policy to Plaintiff; rather, the policy was issued by GeoVera Specialty Insurance Company.[2] Plaintiff notified the Court it has no opposition to Defendant's Motion to Dismiss.[3] Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (R. Doc. 9) filed by Defendant GeoVera Advantage Insurance Services is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 20th day of December 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.
[2] R. Doc. 9.
[3] R. Doc. 11.